PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs. )<br>)<br>**TRACY LYNDE WHITE** )<br>) | **Docket Number: 2:01CR00515-01** |

On September 3, 2004, the above-named commenced supervised release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Lori L. Koehnen

**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:   April 17, 2008
         Sacramento, California
         LLK/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
              **KYRIACOS M. SIMONIDIS
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Tracy Lynde WHITE**
    **Docket Number:   2:01CR00515-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  April 17, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:     United States Attorney's Office